**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1891**

In re:  DAMETRI DALE,

        Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:23-cv-00282-TDS-JLW)

Submitted:  September 19, 2023                  Decided:  October 3, 2023

Before THACKER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Dametri Dale, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dametri Dale petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motions for temporary injunctive relief in his 42 U.S.C. § 1983 action. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2